IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

KEVIN JOHNSON,            Civil Action No. 7:11-cv-00255
    Plaintiff,

v.                                        ORDER

FRED SCHILLING, et al.,        By:   Hon. Jackson L. Kiser
    Defendants.                        Senior United States District Judge

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that the action is **DISMISSED** without prejudice and **STRICKEN** from the active docket of the court. Plaintiff may refile his claims in a new and separate action once he can pay the $350 filing fee or file the necessary financial forms to proceed without prepaying the filing fee.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 28th day of June, 2011.

_____
Senior United States District Judge